

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00160-CV

**IN RE** Hilario Esteban **MARTE SANCHEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed:  March 20, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On March 7, 2013, Relator Hilario Estaban Marte Sanchez filed a petition for writ of mandamus and an emergency motion for temporary relief.  The court has considered the petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus and the emergency motion for temporary relief are DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2012-CI-11217, styled *In the Matter of the Marriage of Monica Jane Marte and Hilario Estaban Marte Sanchez*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Richard Price presiding.